JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | | |
|---|---|---|
| ANNE MARIE PRICKETT, | ) | Case No. EDCV 09-1826-MLG |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: April 20, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge